■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERTON HURST, Appellant. [920 NYS2d 656]—

Order, Supreme Court, New York County (Richard D. Carruthers, J.), entered on or about February 3, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated denial of the motion (*see generally People v Gonzalez*, 29 AD3d 400 [2006], *lv denied* 7 NY3d 867 [2006]). The court properly considered the totality of the circumstances, including defendant's history of recidivism and his failure to profit from rehabilitation opportunities while not in custody. These factors outweighed the positive factors cited by defendant, including his prison record. Concur—Mazzarelli, J.P., Friedman, Acosta, DeGrasse and Román, JJ.

■ AURELIA BERNARDEZ, Respondent, v MAME Y. BABOU et al., Appellants. [920 NYS2d 656]—

Order, Supreme Court, Bronx County (Geoffrey D. Wright, J.), entered on or about October 15, 2010, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants failed to meet their prima facie burden with respect to plaintiff's claim of permanent consequential and significant limitations in use of the lumbar spine, since their orthopedist did not find full range of motion and noted objective signs of injury upon examination (*see Feaster v Boulabat*, 77 AD3d 440 [2010]). Although the medical expert characterized plaintiff's response as subjective, there was no finding that her limitations were self-imposed or deliberate (*compare Mercado-Arif v Garcia*, 74 AD3d 446 [2010]), and she apparently complied with all other tests. Defendants did not submit any medical opinion concerning the cause of the claimed lumbar spine injury. Thus, we do not examine plaintiff's submissions in opposition (*Offman v Singh*, 27 AD3d 284, 285 [2006]).

Defendants also failed to meet their burden on the 90/180-day claim. Concur—Mazzarelli, J.P., Friedman, Acosta, DeGrasse and Román, JJ.